In the Matter of CARL SHERMAN et al., Appellants, against FRANK COHEN, Judgment Debtor. EMPIRE ORDNANCE CORPORATION, Respondent.

Submitted June 9, 1941; decided June 19, 1941.

*Joseph Sterling* and *Raphael H. Rosenbluth* for motion. *Charles H. Griffiths* and *Pearce H. E. Aul* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements, on the ground the order is not final.